UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT STANLEY MORGAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CV0601AGF |
| | ) |
| DAVID ARNETT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court[1] upon Plaintiff's "Motion of Request to Withdraw[] Complaint"[Doc. #16], which this Court will liberally construe as a request to voluntarily dismiss the instant action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Counsel for Defendants has represented to the Court that Defendants have no objection to dismissing this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request to voluntarily dismiss the instant action, without prejudice, [Doc. #16] is **GRANTED**. See Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED**, in light of the foregoing, that the Rule 16 Conference scheduled for Monday, November 19, 2007 is cancelled.

Dated this 15th day of November, 2007.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to jurisdiction by the undersigned United States Magistrate Judge pursuant to 18 U.S.C. § 636(c).